IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL,<br><br>   Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>   Defendant. | C. A. No. 13-1534-SLR-SRF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 2, 2014, a true and correct copy of the following was caused to be served on the following attorneys of record via e-mail:

- **PLAINTIFF'S DISCLOSURE OF LICENSES AND SETTLEMENT AGREEMENTS CONCERNING THE PATENTS-IN-SUIT AND ANY RELATED PATENT(S) PURSUANT TO PARAGRAPH 1(c)(1) OF THE COURT'S SCHEDULING ORDER**

| | |
|---|---|
| Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com | Steven C. Cherny<br>Sarah Kao-Yen Tsou<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>steven.cherny@kirkland.com<br>sarah.tsou@kirkland.com |
| Michael De Vries<br>Kirkland & Ellis LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>michael.devries@kirkland.com | Jason M. Wilcox<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005<br>jason.wilcox@kirkland.com |

Adam Alper
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
adam.alper@kirkland.com

Dated:  June 3, 2014                              FISH & RICHARDSON P.C.


                                                  By:  */s/ Warren K. Mabey, Jr.*
                                                       Thomas L. Halkowski (#4099)
                                                       Warren K. Mabey, Jr. (#5775)
                                                       222 Delaware Avenue, 17th Floor
                                                       P.O. Box 1114
                                                       Wilmington, DE  19801
                                                       Telephone: (302) 652-5070
                                                       Halkowski@fr.com
                                                       Mabey@fr.com

                                                       Frank Scherkenbach (admitted *Pro Hac Vice*)
                                                       One Marina Park Drive
                                                       Boston, MA 02210-1878
                                                       Tel: (617) 542-5070
                                                       Scherkenbach@fr.com

                                                       Howard G. Pollack (admitted *Pro Hac Vice*)
                                                       500 Arguello St., Ste. 500
                                                       Redwood City, CA 94063
                                                       Tel: (650) 839-5070
                                                       Pollack@fr.com

                                                       David M. Hoffman (admitted *Pro Hac Vice*)
                                                       111 Congress Avenue, Ste. 810
                                                       Austin, TX 78701
                                                       Tel: (512) 472-5070
                                                       Hoffman@fr.com

                                                       Phillip W. Goter (admitted *Pro Hac Vice*)
                                                       60 S. 6th St., Ste. 3200
                                                       Minneapolis, MN 55402
                                                       Tel: (612) 335-5070
                                                       Goter@fr.com

                                                       **ATTORNEYS FOR PLAINTIFF
                                                       SRI INTERNATIONAL, INC.**