IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., )<br>)<br>              Plaintiff, )<br>)<br>        v. )<br>)<br>CISCO SYSTEMS, INC., )<br>)<br>              Defendant. ) | C.A. No. 13-1534 (SLR) (SRF)<br><br>REDACTED -<br>PUBLIC VERSION |

**DECLARATION OF BRIAN FEATHERSTUN IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S REPLY BRIEF TO ITS MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. STEPHEN PROWSE REGARDING SRI'S LUMP SUM <u>SETTLEMENT AGREEMENTS</u>**

OF COUNSEL:

Steven Cherny
Oliver C. Bennett
Sarah K. Tsou
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022-4611
(212) 446-4800

Michael W. De Vries P.C.
KIRKLAND & ELLIS LLP
333 Hope street
Los Angeles, CA  90071
(213) 680-8400

Adam R. Alper P.C.
Brian Featherstun
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
(415) 439-1500

Jason M. Wilcox
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
(202) 879-5000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Defendant*

December 14, 2015 - Original Filing Date
December 21, 2015 - Redacted Filing Date

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.<br><br>  Defendant. | C.A. No. 13-1534-SLR-SRF<br><br>REDACTED -<br>PUBLIC VERSION |

**DECLARATION OF BRIAN FEATHERSTUN IN SUPPORT OF DEFENDANT CISCO SYSTEMS, INC.'S REPLY BRIEF TO ITS MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. STEPHEN PROWSE REGARDING SRI'S LUMP SUM SETTLEMENT AGREEMENTS**

I, Brian Featherstun, hereby declare:

1. I am an attorney in the law firm of Kirkland & Ellis LLP and serve as counsel for Defendant Cisco Systems, Inc. in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of Defendant Cisco Systems, Inc.'s Reply Brief to its Motion to Exclude the Certain Opinions of Dr. Stephen Prowse Regarding SRI's Lump Sum Settlement Agreements. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by SRI in this action bearing production numbers SRI-CF 009608 - SRI-CF009610

3. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by SRI in this action bearing production numbers SRI-CF 008952.

4. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by SRI in this action bearing production numbers SRI-CF 046098.

2

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2015, in San Francisco, CA.

Signed: _____
Brian Featherstun