# Exhibit A

Mr. Roesch is expected to testify as follows:

Mr. Roesch founded Sourcefire in 2001 based on the Snort technology he initially created in 1998 and continued to develop thereafter. At Sourcefire, Mr. Roesch was personally and directly involved in developing the technical aspects of the Sourcefire products.

Mr. Roesch was the Chief Technology Officer for Sourcefire prior to its acquisition by Cisco, including during the time period relevant to development of the accused aspects of the management console. As CTO, Mr. Roesch was responsible for developing the technology of the company. He was directly and personally involved in developing the features to be included in the Sourcefire products, including in connection with the decisions about which features should be included and which should be prioritized. Mr. Roesch also personally wrote certain software code for the products.

The compliance (correlation) engine feature was added to the Sourcefire management console products in approximately 2007. Somewhat before that time, in approximately the 2005/2006 time period, a predecessor featured called the "Policy and Response Engine" was added to the products. Mr. Roesch was personally involved in decisions related to development of these features.

In approximately the 2005/2006 time frame, Mr. Roesch was personally involved in internal development discussions at Sourcefire concerning the potential to add an "event chaining" feature to the accused aspects of the management console. That feature would have involved "chaining" events together—that is, combining multiple events. Although Sourcefire internally discussed including the event chaining during that time period, ultimately the feature was not added to the accused Sourcefire products because the company preferred other features that it believed worked better and Sourcefire's customers were asking for features other than event chaining to be included in the products.