IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | C. A. No. 13-1534-SLR-SRF |

### **[PROPOSED] ORDER**

This __ day of ____, 2016, the Court having considered SRI International, Inc.'s Motion for Finding of Exceptional Case, Recovery of Costs, Attorneys' Fees and Related Expenses, Enhanced Damages, Compulsory License, and Pre-Judgment Interest, and any opposition thereto,

IT IS HEREBY ORDERED that SRI International, Inc.'s Motion is GRANTED in that the parties are to proceed per the stipulated schedule (D.I. 348):

| Event | Deadline |
|---|---|
| Opening briefs on all issues due | June 24, 2016 |
| Answering briefs due | August 5, 2016 |
| Reply briefs due | August 26, 2016 |

 

_____
United States District Court Judge