IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 13-1534-SLR |
| ) | |
| CISCO SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

At Wilmington this 25th day of May, 2017, consistent with the memorandum opinion issued this same date:

IT IS ORDERED that:

1. Cisco's motion for judgment as a matter of law, new trial, and remittitur (D.I. 351) is denied;

2. Cisco's motion to supplement the record (D.I. 385) is denied;

3. SRI's motion for attorney fees, enhanced damages, compulsory license, and prejudgment interest (D.I. 349) is granted, to wit:

   a. Cisco shall pay $7,934,881.75 in attorney fees and $104,640 in related expenses;

   b. Cisco shall pay enhanced damages of $23,660,000;

   c. Cisco shall pay a 3.5% compulsory license on all post-verdict sales of the accused products and services; and

d. Cisco shall pay prejudgment interest of $1,595,309.

_____
Senior United States District Judge