IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SRI INTERNATIONAL, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 13-1534-SLR |
| CISCO SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE
PURSUANT TO FED. R. CIV. P. 54 (b)**

For reasons stated in the court's memorandum opinion and order of May 25, 2017;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff SRI International, Inc. and against defendant Cisco Systems, Inc. in the amount of $56,954,830.75.

_____
Senior United States District Judge

Dated: 5/25/2017

_____
(By) Deputy Clerk